1-25-2021

Honorable Judge Paul S. Diamond

    I recieved the goverments response on 1-25-2021 during mail call. I am uncertain with what I have to do on my end now. On the 27th of October, 2020 you appointed the Eastern dist. Pennsylvania to represent me. I've talked to an Anna Kristensen whom informed me that she would submitt the information she asked of me to her office. Since then i have not had any correspondence with the Defenders office. Please i don't know what to do at this point. Can you help me.

Respectfully Submitted
Quasim Cunningham
QC
Crim. Case # 15-170-01

INMATE NAME: Quasim Cunningham
REGISTER NO.: 69527066
HOUSING UNIT: 5811
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

The enclosed letter was processed through special mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, it you may wish to return the material. If the writer encloses correspondence for forwarding to another address or includes unauthorized items, please return to the above address.

TRENTON NJ 085
27 JAN 2021 PM 5 L

Clerk of the Court
U.S.W. United States Dist. Court for the
Eastern dist. of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 1609
Philadelphia, PA 19106-1729