# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Crim. No. 15-170 |
| : | |
| **QUASIM CUNNINGHAM** : | |
| : | |

## O R D E R

**AND NOW**, this 5th day of February, 2021, it is hereby **ORDERED** as follows:

1. Having been appointed to represent Defendant for the purposes of litigating a compassionate release request, the Federal Community Defender Office for the Eastern District of Pennsylvania **SHALL** file on the docket its position regarding that request—doing so in its capacity as Defendant's counsel—**no later than February 10, 2021**. (See Doc. No. 68) ("The Federal Community Defender Office for the Eastern District of Pennsylvania is **APPOINTED** to represent Defendant Quasim Cunningham . . . .")

2. Defendant's *pro se* release request (Doc. No. 70) is **DENIED without prejudice**. Defendant is not entitled to hybrid representation. See United States v. Turner, 677 F.3d 570, 578 (3d Cir. 2012).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.