# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 540 WEST -- THE CURTIS
601 WALNUT STREET
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| ***LEIGH M. SKIPPER***<br>CHIEF FEDERAL DEFENDER | PHONE NUMBER (215) 928-1100<br>FAX NUMBER (215) 928-1112<br>FAX NUMBER (215) 928-0822<br>FAX NUMBER (215) 861-3159 | ***HELEN A. MARINO***<br>FIRST ASSISTANT FEDERAL<br>DEFENDER |

February 8, 2021

The Honorable Paul S. Diamond
United States District Court Judge
Room 14614 – United States Courthouse
601 Market Street
Philadelphia, PA  19106

        **RE:**    <u>**United States v. Quasim Cunningham**</u>
                    **Criminal Number 15-170**

Dear Judge Diamond:

      This Honorable Court issued an Order on October 27, 2020 appointing the Federal Community Defender Office to represent Defendant Quasim Cunningham's for the purposes of litigating his request for compassionate release.  After careful review of Mr. Cunningham's pro se motion, filed on December 14, 2020, we have decided that we will not file a motion for compassionate release for Mr. Cunningham as we have no additional information to add.  If Mr. Cunningham's circumstances change, we will reevaluate as warranted.  We will advise Mr. Cunningham of this office's determination.

      Should you have any questions or require anything further, please do not hesitate to contact me.

                                            Very truly yours,

                                            CATHERINE C. HENRY
                                            Senior Litigator

CCH/te
cc:     Michelle Rotella, Assistant United States Attorney
          Robert Zauzmer, Assistant United States Attorney, Chief of Appeals