IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 15-170 |
| : | |
| QUASIM CUNNINGHAM : | |
| : | |

## O R D E R

**AND NOW**, this 16th day of March, 2021, upon consideration of Defendant's *pro se* request that he be relieved of the duty to pay the special assessment until after his release (Doc. No, 81), it is hereby **ORDERED** that Defendant's request is **DENIED**. My Judgment in this case shall remain in force. (See Doc. No. 57.) In the circumstances presented, I do not have the authority to alter a sentence imposed years ago. See United States v. Bennett, 423 F.3d 271, 276-78 (3d Cir. 2005).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.